IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PAUL JOHNSTON,                        §
                                      §
            Plaintiff,                §
                                      §
v.                                    §            1:24-CV-1496-RP
                                      §
JOHN HAIRGROVE,                       §
                                      §
            Defendant.                §

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge

Dustin Howell concerning Plaintiff Paul Johnston's ("Plaintiff") Complaint pursuant to 28 U.S.C. §

1915(e), (Dkt. 1). (R. & R., Dkt. 8). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of

the Local Rules of the United States District Court for the Western District of Texas, Judge Howell

issued his report and recommendation on February 26, 2025. (*Id.*). A copy of the report and

recommendation was sent by certified mail the following day, (Dkt. 9), and it appears that Plaintiff

received the report and recommendation on March 6, 2025, (Dkt. 10). As of the date of this order,

Plaintiff has not filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a

magistrate judge's proposed findings and recommendations within fourteen days after being served

with a copy of the report and recommendation and, in doing so, secure de novo review by the

district court. When no objections are timely filed, a district court can review the magistrate's report

and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the

face of the record in order to accept the recommendation.").

Because Plaintiff has not filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 8), is **ADOPTED**. Plaintiff's Fair Housing Act claim is **DISMISSED WITH PREJUDICE**. Plaintiff's remaining state law claims are **DISMISSED WITHOUT PREJUDICE**. The Court will enter final judgment by separate order.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on April 7, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE